Vasili Rack, Appellant, v. American Railways Express Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

The People of the State of New York v. Walter Patterson and Others.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The People of the State of New York v. Raymond Mason.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The People of the State of New York v. Richard H. Lane.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The People of the State of New York v. Samuel Lubasch.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The People of the State of New York v. Vincenzo Ingeni.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The People of the State of New York v. David Hansen.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The People of the State of New York v. Isabel Griffenhagen.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The People of the State of New York v. Moe Gravet.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The People of the State of New York v. Jacob Goldstein and Dave Goldberg.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The People of the State of New York v. Giuseppe Campanelli.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The People of the State of New York v. Joseph Cataldo.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Leon Kramer v. Max Rosenkranz and Others, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Harry Samwick v. Blinderman & Cohen Amusement Company, Inc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Jennie Lumb v. Charles E. Lumb, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.